## CRIMINAL CAUSE FOR PLEADING

BEFORE: Magistrate Judge Roanne L. Mann   DATE: January 8, 2015   TIME: 4 pm
DOCKET # 14-CR 627 (JBW)

DEFENDANT: Shahbaz Khan
✓ present   __ not present   __ cust.   ✓ bail

DEFENSE COUNSEL: Mildred Whalen
__ present   __ not present   __ CJA   __ Retained   ✗ Fed. Defenders

A.U.S.A.: Michael Robotti   CLERK: Williams
FTR: 4:07:58 - 4:34:49
INT: N/A

✓ CASE CALLED

DEFT.   ✓ SWORN
        ✓ ARRAIGNED
        ✓ INFORMED OF RIGHTS
        ✓ WAIVE TRIAL BEFORE DISTRICT COURT

✓ INDICTMENT FILED   __ SUPERCEDING INDICTMENT FILED
✓ INFORMATION FILED   __ SUPERCEDING INFORMATION FILED
__ WAIVER OF INDICTMENT EXECUTED FOR DEFT.

__ DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.
__ DEFT ENTERS **GUILTY PLEA** TO CT. 1 OF THE
   __ INDICTMENT; __ SUPERCEDING INDICTMENT; ✗ INFORMATION; __ SUPCD. INFO.
__ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CT.____ OF THE
   __ INDICTMENT; __ SUPERCEDING INDICTMENT; __ INFORMATION; __ SUPCD. INFO.
✓ COURT FINDS A FACTUAL BASIS FOR THE PLEA.
✓ SENTENCING SET FOR April 21, 2015 @ 10 a.m.____ / SET BY PROBATION
__ BAIL CONT'D FOR DEFT.
__ DEFT CONT'D IN CUSTODY.
__ CASE ADJ'D TO_____ FOR _____

__ **SPEEDY TRIAL** INFO FOR DEFT   ____ STILL IN EFFECT
   CODE TYPE__   START____   STOP____
   __ORDER / WAIVER EXECUTED & FILED.   __ ENT'D ON RECORD.

**OTHER:** PURSUANT TO FEDERAL RULE 11 OF CRIMINAL PROCEDURE, MAGISTRATE MANN DID ADMINISTER THE ALLOCUTION. A FINDING HAS BEEN MADE THAT THE PLEA WAS MADE KNOWINGLY AND VOLUNTARILY AND THE PLEA WAS NOT COERCED. THE MAGISTRATE RECOMMENDS THAT THE PLEA OF GUILTY BE ACCEPTED. PLEA AGREEMENT MARKED AS COURT EXHIBIT # 1 AND RETURNED TO THE ASSISTANT.